E-FILED

Thursday, 16 August, 2007  11:47:24 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BRONELL PERKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  05-3280 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Petitioner Bronell Perkins' Notice of Appeal (d/e 14) which the Court construes as a Motion for a Certificate of Appealability (COA).  For the reasons set forth below, Perkins' COA Request is denied.

If a petitioner files a notice of appeal, the district judge who rendered the judgment must either issue a COA or state why a certificate should not be issued.  Perkins' Notice of Appeal states that he wishes to appeal the final judgment entered July 16, 2007.  However, Judgment (d/e 11) was entered April 30, 2007.  It appears from the Certificate of Service attached to the Notice of Appeal that July 16, 2007, is the date that Perkins mailed his

Notice of Appeal.

Perkins' Notice of Appeal fails to identify any specific issues that he wishes to raise on appeal. The Court has independently reviewed the record and finds no basis for granting a COA. A court may issue a COA for a decision denying a 28 U.S.C. § 2255 petition "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order for a COA to be granted, Perkins must show that "reasonable jurists could debate whether the challenges in his habeas petition should [have] been resolved differently or that his petition adequately shows a sufficient chance of the denial of a constitutional right that he deserves encouragement to proceed further." Rutledge v. United States, 230 F.3d 1041, 1047 (7th Cir. 2000). Perkins' Notice of Appeal is timely only in connection with this Court's June 27, 2007, Text Order denying Perkins' Motion for Consideration. See Fed. R. App. P. 4(a). As the Text Order states, Perkins failed to identify any basis for setting aside the Judgment. Reasonable jurists would not debate this Court's denial of his request for reconsideration. Thus, Perkins' COA request is denied.

THEREFORE, Perkins' request for a Certificate of Appealability is DENIED. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:   August 15, 2007.

FOR THE COURT:

_____ s/  Jeanne E. Scott _____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE